Information to identify the case:

| | | | |
|---|---|---|---|
| Debtor 1: | Stanley Ray Aylor II<br>First Name Middle Name Last Name | Social Security number or ITIN: xxx–xx–1093<br>EIN: _ _–_ _ _ _ _ _ _ | |
| Debtor 2:<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court: | Western District of Texas | Date case filed for chapter: 7 | 8/10/26 |
| Case number: | 26–52218–alt | | |

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|
| **1. Debtor's full name** | Stanley Ray Aylor II | |
| **2. All other names used in the last 8 years** | aka Stan Aylor II, aka Stanley R Aylor II, aka Stan Aylor, aka Stanley Aylor | |
| **3. Address** | 815 Bandera Blvd<br>Bandera, TX 78003 | |
| **4. Debtor's attorney** Name and address | Joris Robert Vanhemelrijck<br>Vanhemelrijck Law Offices, PC<br>2001 NW Military Hwy<br>Castle Hills, TX 78213 | Contact phone (210) 804–1529<br>Email: jrv@vanlaws.com |
| **5. Bankruptcy trustee** Name and address | Ron Satija<br>PO Box 660208<br>Austin, TX 78766 | Contact phone (512) 733–1311<br>Email: rsatija@haywardfirm.com |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. See Court website for electronic filing information: www.txwb.uscourts.gov. | 615 E. HOUSTON STREET, ROOM 597<br>SAN ANTONIO, TX 78205 | Hours open Monday – Friday 8:00 AM – 4:00 PM<br><br>Contact phone (210) 472–6720<br><br>Date: 8/10/26 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 29, 2026 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting: Go to Zoom.us/join, Enter Meeting ID 357 925 8317, Passcode, 9045283217 or call (737) 279–4747**<br><br>For additional meeting information go to www.justice.gov/ust/moc |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 11/30/26** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court

Western District of Texas

In re: Case No. 26-52218-alt

Stanley Ray Aylor, II Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0542-5 User: admin Page 1 of 2

Date Rcvd: Aug 10, 2026 Form ID: 309A Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stanley Ray Aylor, II, 815 Bandera Blvd, Bandera, TX 78003-3400 |
| 19275174 | + | Billy Canales, 7023 Walnut St., PO Box 125, Elmaton, TX 77440-0125 |
| 19275181 | + | Jerri Aylor, Po BOX 1282, Stinnett, TX 79083-1282 |
| 19275184 | + | Square Financial Services Inc and, Square Inc, 4 Chase Metrotech Center, 7th Floor East, Brooklyn, NY 11245-0003 |
| 19275185 | + | TXN BANK, 355 state HWY 16 S, PO Box 1389, Bandera, TX 78003-1389 |
| 19275186 | + | TXN BANK C/O, Elizabeth G. Smith, 6655 First Park Ten Suite 240, San Antonio, TX 78213-4304 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: jrv@vanlaws.com | Aug 10 2026 23:25:00 | Joris Robert Vanhemelrijck, Vanhemelrijck Law Offices, PC, 2001 NW Military Hwy, Castle Hills, TX 78213 |
| tr | + | EDI: FRSATIJA.COM | Aug 11 2026 03:24:00 | Ron Satija, PO Box 660208, Austin, TX 78766-7208 |
| ust | + | Email/Text: USTPRegion07.SN.ECF@usdoj.gov | Aug 10 2026 23:25:00 | United States Trustee - SA12, US Trustee's Office, 615 E Houston, Suite 533, San Antonio, TX 78205-2055 |
| 19275161 | + | Email/Text: CSD-BankSO@oag.texas.gov | Aug 10 2026 23:25:00 | Attorney General, Child Support, P.O. Box 12017, Austin, TX 78711-2017 |
| 19275173 | + | Email/Text: bk@avant.com | Aug 10 2026 23:26:00 | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 19275175 | + | EDI: CAPITALONE.COM | Aug 11 2026 03:24:00 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 19275176 | + | EDI: JPMORGANCHASE | Aug 11 2026 03:24:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 19275177 | + | EDI: CITICORP | Aug 11 2026 03:24:00 | Citi Cards, PO Box 658201, Dallas, TX 75265-8201 |
| 19275178 | + | EDI: PHINGENESIS | Aug 11 2026 03:24:00 | Concora Credit, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 19275179 | + | Email/Text: bankruptcy@connexuscu.org | Aug 10 2026 23:26:00 | Connexus Credit Union, Attn: Bankruptcy, Po Box 8026, Wausau, WI 54402-8026 |
| 19275162 | | Email/Text: bankruptcycourts@equifax.com | Aug 10 2026 23:25:00 | Equifax, PO Box 740241, Atlanta, GA 30374 |
| 19275163 | ^ | MEBN | Aug 10 2026 23:24:06 | Experian, PO Box 9701, Allen, TX 75013-9701 |
| 19275164 | | Email/PDF: OGCRegionVIBankruptcy@hud.gov | Aug 10 2026 23:29:34 | HUD, 615 East Houston Street, Suite 347, San Antonio, TX 78205 |
| 19275180 | + | Email/Text: bankruptcy@ondeck.com | Aug 10 2026 23:26:00 | Headway Capital, LLC, 4700 W. Daybreak |

| | | | | |
|---|---|---|---|---|
| | | | | PKWY suite 200, South Jordan, UT 84009-5133 |
| 19275165 | | EDI: IRS.COM | Aug 11 2026 03:24:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 19275182 | | Email/Text: dwise@lendr.online | Aug 10 2026 23:25:00 | Lendr, 670 N Clark St, Suite 200, Chicago, IL 60654 |
| 19275183 | + | EDI: NFCU.COM | Aug 11 2026 03:24:00 | NAVY FCU, Attn: Bankruptcy, P.O.Box 3000, Merrifield, VA 22119-3000 |
| 19275172 | + | Email/Text: ssa.bankruptcy@ssa.gov | Aug 10 2026 23:25:00 | Social Security Administration, Office of General Counsel, 1301 Young St Ste 340, Mail Room 104, Dallas, TX 75202-4813 |
| 19275166 | ^ | MEBN | Aug 10 2026 23:24:36 | Texas Comptroller of Public Accounts, c/o Office of the Attorney General, PO Box 12548, Austin, TX 78711-2548 |
| 19275167 | + | Email/Text: collections.pacer@twc.texas.gov | Aug 10 2026 23:26:00 | Texas Workforce Commission, Regulatory Integrity Division - Rm.556, 101 E. 15th Street, Austin, TX 78778-1442 |
| 19275168 | ^ | MEBN | Aug 10 2026 23:24:03 | Trans Union, PO Box 2000, Chester, PA 19016-2000 |
| 19275187 | + | Email/Text: mail@globalfundingexperts.com | Aug 10 2026 23:25:00 | United First, LLC, 2999 NE 191st Street Unit 901, Miami, FL 33180-4926 |
| 19275169 | + | Email/Text: USATXW.BankruptcyNotices@usdoj.gov | Aug 10 2026 23:25:00 | United States Attorney, 601 N.W. Loop 410, Suite 600, San Antonio, TX 78216-5597 |
| 19275170 | ^ | MEBN | Aug 10 2026 23:24:15 | United States Attorney General, Department of Justice, 950 Pennsylvania Avenue, N.W., Washington, DC 20530-0009 |
| 19275171 | | Email/Text: DMCCO.VBASPL@va.gov | Aug 10 2026 23:25:00 | VA Regional Office, Office of District Counsel, 2515 Murworth Drive, Houston, TX 77054 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2026 Signature: /s/Gustava Winters